WINDSOR HALL REST HOME, INC. *v.* COMMISSION ON HOSPITALS AND HEALTH CARE

LOISELLE, BOGDANSKI, LONGO, PETERS and A. HEALEY, Js.

Argued December 14, 1978—decision released April 24, 1979

*William J. Clarke,* assistant attorney general, with whom, on the brief, were *Carl R. Ajello,* attorney general, and *Bernard F. McGovern, Jr.,* assistant attorney general, for the appellant (defendant).

*Paul B. Zolan,* for the appellee (plaintiff).

PER CURIAM. Because of our ruling in *Salmon Brook Convalescent Home, Inc.* v. *Commission on Hospitals & Health Care,* 177 Conn. 356, 417 A.2d 358 (1979), we do not address the error assigned in this case. We find no error in the judgment on the authority of *Salmon Brook Convalescent Home, Inc.* v. *Commission on Hospitals & Health Care* in which the sole assignment of error is identical with the assignment of error in this case.

There is no error.